**Cord BOWERS; Natashia Bowers, Plaintiffs–Appellants**

v.

**Stephanie YEOMAN; C. Mark Chappelle; Iowa Department of Human Services, Employees John and Jane Doe 1–10; Iowa Department of Human Services; State of Iowa, Defendants–Appellees.**

No. 13–2602.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 18, 2013.

Filed: Dec. 31, 2013.

Cord Bowers, Troup, TX, pro se.

Natashia Bowers, Troup, TX, pro se.

Diane Stahle, Attorney General's Office, Des Moines, IA, for Defendants–Appellees.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

Cord and Natashia Bowers brought a 42 U.S.C. § 1983 action arising out of allegations that their infant daughter was unconstitutionally removed from Natashia Bowers without objective reason to believe that abuse or neglect had occurred. The district court [1] dismissed the complaint under Federal Rule of Civil Procedure 12(b)(6), and the Bowers appeal. Upon careful de novo review of the record below, and the submissions before us on appeal, we conclude that the district court did not err in dismissing the complaint as failing to state a claim and as raising claims that were barred by qualified immunity. We also conclude that the district court did not abuse its discretion in denying leave to amend the complaint.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.